UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SILVA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Respondent. | No.  2:24-cv-0618 AC P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, the petition was not signed, and is therefore incomplete.  Rule 2(c)(5), 28 U.S.C. foll. § 2254 (petitions must be signed under penalty of perjury).  Petitioner also has not filed an in forma pauperis application or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to correct the deficiency with his petition and to submit either an application in support of a request to proceed in forma pauperis or the appropriate filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1.  Within thirty days from the date of this order, petitioner shall return the completed signature page, thereby verifying his petition;

　　　　2.  Within thirty days from the date of this order, petitioner shall submit an application in support of a request to proceed in forma pauperis or the appropriate filing fee;

1

3. Failure to comply with either provision of this order will result in a recommendation that this action be dismissed; and

4. The Clerk of the Court is directed to send petitioner a copy of the signature page from the petition (ECF No. 1 at 6) and a copy of the in forma pauperis form used by this district.

DATED: February 28, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE