UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SILVA,<br><br>           Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>           Respondent. | No. 2:24-cv-0618 AC P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By an order filed February 29, 2024, petitioner was ordered to return a completed signature page to verify his petition and to file a completed in forma pauperis application or pay the filing fee. ECF No. 3. He was cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. The thirty-day period has now expired, and petitioner has not verified his petition, filed an application to proceed in forma pauperis, paid the fees, or otherwise responded to the court's order. Petitioner will be given one final opportunity to comply with the court's order.

      Accordingly, IT IS HEREBY ORDERED that:

    1. Within twenty-one days of the filing of this order, petitioner shall return a completed signature page, thereby verifying his petition;

    2. Within twenty-one days of the filing of this order, petitioner shall submit an application to proceed in forma pauperis or pay the filing fee; and

      3.  Failure to comply with either provision of this order will result in a recommendation that this action be dismissed without further warning.

DATED: April 15, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE