1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOE SILVA,                                    No.  2:24-cv-0618 AC P

12                    Petitioner,

13         v.                                       ORDER

14    UNKNOWN,

15                    Respondent.

16

17          Petitioner is a state prisoner proceeding pro se.  By order filed February 29, 2024,

18    petitioner was ordered to return a completed signature page verifying his petition, since the

19    petition he filed was unsigned.  ECF No. 3.  He was also ordered to either file an application to

20    proceed in forma pauperis or pay the filing fee and cautioned that failure to comply with either

21    provision of the order would result in a recommendation that this action be dismissed.  Id.  After

22    petitioner failed to comply, he was given an additional opportunity to comply with the order.

23    ECF No. 4.  Petitioner has now filed an application to proceed in forma pauperis (ECF No. 5) but

24    has yet to return a completed signature page verifying his petition.  Petitioner will be provided

25    one final opportunity to provide the necessary signature or a declaration verifying the contents of

26    his petition.  Failure to comply will result in a recommendation that this action be dismissed

27    without prejudice.

28    ////

1          Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of

2   this order, petitioner shall file either (1) a completed signature page for his petition that includes

3   his signature or (2) a signed declaration stating that petitioner verifies, under penalty of perjury,

4   that the contents of his petition are true and correct.  Failure to comply with this order will result

5   in a recommendation that this action be dismissed without further notice.

6   DATED: May 20, 2024

7

8   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28