1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOE SILVA,                                    No.  2:24-cv-0618 DJC AC P

12                    Petitioner,

13          v.                                      ORDER

14    UNKNOWN,

15                    Respondent.

16

17          Respondent has filed an untimely request for an extension of time to respond to the

18    petition.  ECF No. 15.  Counsel avers that she missed the deadline because her child became sick

19    with COVID-19 while they were out of town on vacation.  ECF No. 15-1.  Having established

20    excusable neglect for the untimely motion and good cause to extend the deadline, IT IS HEREBY

21    ORDERED that:

22          1.  Respondent's request for an extension of time (ECF No. 15) is GRANTED; and

23          2.  Respondent shall have until October 18, 2024, to file a response to the petition.

24    DATED: August 21, 2024

25                                                  _____
                                                    ALLISON CLAIRE
26                                                  UNITED STATES MAGISTRATE JUDGE

27

28