1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOE SILVA,                                No.  2:24-cv-0618 DJC AC P

12                    Petitioner,

13          v.                                  ORDER

14    UNKNOWN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On March 21, 2025, the Magistrate Judge filed findings and recommendations

21    herein which were served on all parties and which contained notice to all parties that

22    any objections to the findings and recommendations were to be filed within fourteen

23    days. ECF No. 22.  Neither party filed objections to the findings and

24    recommendations.

25          The Court presumes that any findings of fact are correct.  *See Orand v. United*

26    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

27    are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

28    (9th Cir. 1983).  The Court has reviewed the file and finds the findings and

                                          1

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 22) are adopted;

2.  This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b);

3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**May 2, 2025**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE